# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Amos King James | )<br>)<br>)  Case No:  7:04-CR-120-1FL<br>)  USM No:  21662-056<br>) |
| Date of Original Judgment:  July 19, 2005<br>Date of Previous Amended Judgment:  August 5, 2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Laura Wasco<br>   Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  226  months **is reduced to**  183 months  .

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated  July 19, 2005, and August 5, 2009  shall remain in effect. **IT IS SO ORDERED.**

Order Date:  2/25/2014

*Judge's signature*

Effective Date:  _____
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*