# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

United States of America
v.
Amos King James

Case No: 7:04-CR-120-1FL
USM No: 21662-056

Date of Original Judgment: July 19, 2005
Date of Previous Amended Judgment: February 25, 2014

Robert Waters
*Defendant's Attorney*
(Use Date of Last Amended Judgment if Any)

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __183__ months **is reduced to** __147 months__.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 19, 2005; August 5, 2009; February 25, 2014 shall remain in effect. **IT IS SO ORDERED.**

Order Date: March 23, 2015

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*