UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Amos King James                                      Docket No. 7:04-CR-120-1FL

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Amos King James, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 19, 2005, to the custody of the Bureau of Prisons for a term of 252 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On August 5, 2009, the defendant's sentence was reduced to 226 months pursuant to 18 U.S.C. § 3582(c)(2). It was further reduced on February 25, 2014, to 183 months, and then again on March 23, 2015, to 147 months.

Amos King James was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on July 12, 2016, was positive for cocaine. When the undersigned probation officer confronted James about illicit drug use, he admitted that he used cocaine on July 10, 2016, and signed an admission form. As a sanction for this violation conduct, service of 2 days in jail, participation in substance abuse treatment, and increased drug testing are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2030<br>Executed On: July 29, 2016 |

**Amos King James**
**Docket No. 7:04-CR-120-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __1st__ day of __August__, 2016, and ordered filed and made a part of the records in the above case.

*Louise W. Flanagan*
_____
Louise W. Flanagan
U.S. District Judge