IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-120-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| AMOS KING JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court today for a preliminary examination of the government's motion for revocation of Defendant's supervised release [DE-108] and for a hearing on the government's motion to detain Defendant pending further proceedings. In support of its motion the government offered the testimony of Onslow County Sheriff's Deputy Adrian Berrera. Defendant presented the testimony of Defendant's father, Mr. Eugene Farrior, as a proposed third-party custodian.

Having considered the showing of both parties the court finds the credible information presented establishes probable cause to support the government's motion. In addition, having considered the record pursuant to 18 U.S.C. § 3143, the court finds Defendant has failed to establish by clear and convincing evidence that he will not pose a danger to the community as required by Fed. R. Crim. P. 32.1(a)(6), based on the following principal findings and reasons: (1) the strength of the government's case and the nature of the alleged violations, (2) an indication of substance abuse, (3) earlier court action modifying his supervised release conditions, (4) Defendant's criminal history and (5) other findings and reasons stated in open court.

Accordingly, Defendant is committed to the custody of the Attorney General or a designated

representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    SO ORDERED, the 24th day of October 2016.

_____
Robert B. Jones, Jr.,
United States Magistrate Judge

2